IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

CHARLES ALFORD,

    Plaintiff,

v.

TRANSUNION LLC,

    Defendant.

Civil No. 25-1569 (RMB-MJS)

**ORDER**

**THIS MATTER** came before the Court upon *pro se* Plaintiff Charles Alford's Complaint and Application to Proceed *in forma pauperis* ("IFP"). [Docket Nos. 1, 1-2.] For the reasons set forth in the Opinion of today's date, and for good cause shown,

**IT IS**, on this **17th** day of **March**, **2025**; hereby

1. **ORDERED** that Plaintiff's IFP Application is **GRANTED**;

2. **ORDERED** that the Clerk of Court shall **FILE** Plaintiff's Complaint;

3. **ORDERED** that the Clerk of Court shall issue a summons and the U.S. Marshal shall serve a copy of the complaint, summons and this Order upon the Defendant as directed by Plaintiff. All costs of service shall be advanced by the United States; and it is finally

4. **ORDERED** that the Clerk of Court shall serve a copy of this Order and the accompanying Opinion upon Plaintiff via U.S. mail.

                                           **s/Renée Marie Bumb**
                                           RENÉE MARIE BUMB
                                           Chief United States District Judge